**Affirmed and Memorandum Opinion filed June 25, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00951-CR

**EDDIE JAMES JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause No. 1355729**

## M E M O R A N D U M   O P I N I O N

A jury convicted appellant of aggravated sexual assault of a child and sentenced him to confinement for fifty years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by advancing contentions which

might arguably support the appeal and assessing whether any such contentions could be characterized as non-frivolous.  *See Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); and *Currie v. State,* 516 S.W.2d 684 (Tex. Crim. App. 1974).  A copy of counsel's brief was delivered to appellant.  Appellant was advised of the right to examine the appellate record and file a pro se response.  *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. (Tex. Crim. App.1991).  As of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record.  We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review.  *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Boyce, Jamison and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b).